# Exhibit "A"



# Exhibit "B"

SHOP ˅   FALL INSPIRATION GUIDE   ETCETERA | OUR BLOG   FIND US   GIFT REGISTRY

| via |

A bit of sparkle over the lid or in the corner of your eye, gives your makeup look a festive touch. Depending on our outfit we will reach for either silver or gold. You choose.

*Stila Glitter and Glow Liquid Eyeshadow*

*Mac Dazzleshadow Liquid*

*Fenty Beauty Diamond All-Over Diamond Veil*



| via |

# Exhibit "C"

