# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

TAMARA WAREKA p/k/a TAMARA WILLIAMS

    Plaintiff,

v.

ELSIE GREEN INC. and DOES 1 through 10 inclusive,

    Defendant.

Case No. **4:23-cv-03160-HSG**

**ORDER (as modified)**

Plaintiff requests a continuance of the Case Management Conference scheduled for September 26, 2026 to October 24, 2023 so that Defendant has adequate time to respond to the Complaint and the Parties have the re quisite time to meet and confer regarding scheduling.

For good cause shown, Plaintiff's request is **GRANTED**. It is hereby **ORDERED** that the Telephonic Initial Case Management Conference is continued to October 24, 2023 at 2:00 p.m.  The dial-in information and instructions remain the same as previously provided in docket no. 8.

**IT IS SO ORDERED** this 21st day of September, 2023.

HAYWOOD S. GILLIAM JR.
United States District Judge

1