Sushila Chanana (State Bar No. 254100)
schanana@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant ELSIE GREEN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TAMARA WAREKA p/k/a TAMARA WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>ELSIE GREEN INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:23-cv-03160 HSG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE (SECOND EXTENSION)-AS MODIFIED**<br><br>The Hon. Haywood S. Gilliam, Jr.<br>Action Filed:   June 26, 2023<br>Trial Date:   Not Set |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

STIP AND ORDER TO EXTEND TIME TO RESPOND
TO COMPLAINT AND TO CONTINUE INITIAL CMC
(SECOND EXTENSION)
- Case No. 4:23-cv-03160 HSG

44277\16491174.1

Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, Defendant Elsie Green, Inc. ("Defendant" or "Elsie Green") and Plaintiff Tamara Wareka p/k/a Tamara Williams ("Plaintiff" or "Wareka") respectfully submit this joint stipulation to continue the deadline for Defendant to answer or otherwise respond to the Complaint and to continue the Initial Case Management Conference ("CMC"):

WHEREAS on June 26, 2023, Plaintiff filed the Complaint (Dkt. No. 1);

WHEREAS on June 27, 2023, the Court issued an order setting an initial CMC for September 26, 2023, at 2:00 p.m., along with related deadlines (Dkt. No. 6);

WHEREAS on September 20, 2023, Plaintiff served its Complaint on Defendant (Dkt. No. 9);

WHEREAS on October 9, 2023, Defendant filed a Joint Stipulation and [Proposed] Order to Extend Time to Answer or Otherwise Respond to Complaint and to Continue Initial Case Management Conference, representing the parties' agreement to extend Defendant's response deadline because Defendant had recently retained outside counsel (Dkt. No. 14);

WHEREAS on October 10, 2023, the Court issued an order extending Defendant's time to answer or otherwise respond to the Complaint to November 22, 2023 and continuing the initial CMC to December 12, 2023 (Dkt. No. 15);

WHEREAS the parties are currently discussing an early resolution and would benefit from additional time, and have agreed to (i) a four-week extension of Defendant's deadline to answer or otherwise respond to the Complaint, to and including December 20, 2023 and (ii) a four-week extension of the initial CMC, to and including January 9, 2024;

WHEREAS this is Defendant's second request for an extension of time;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE,** and request that the Court order, as follows:

1. Defendant's time to answer or otherwise respond to the Complaint shall be extended to **December 20, 2023**.

2. The initial Case Management Conference shall be continued to **January 9, 2024**, at 2:00 p.m., or as soon thereafter as is convenient for the Court.

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

STIP AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE INITIAL CMC (SECOND EXTENSION)
- Case No. 4:23-cv-03160 HSG

2

44277\16491174.1

1
2  Dated: November 17, 2023            FARELLA BRAUN + MARTEL LLP
3
4                                     By:   */s/ Sushila Chanana*
                                            Sushila Chanana
5
6                                     Attorneys for Defendant ELSIE GREEN, INC.

7
8  Dated: November 17, 2023            HIGBEE & ASSOCIATES
9
10                                    By:   */s/ Mathew K. Higbee*
                                            Mathew K. Higbee
11                                          Ryan E. Carreon
12                                    Attorneys for Plaintiff TAMARA WAREKA f/k/a
                                      TAMARA WILLIAMS
13
14
15                                    **ATTESTATION**
16   I, Sushila Chanana, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that concurrence in
17 the filing of this document has been obtained from each signatory hereto.
18
19                                          */s/ Sushila Chanana*
                                            Sushila Chanana
20
                                      Attorneys for Defendant ELSIE GREEN, INC.
21
22
23
24
25
26
27
28

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

STIP AND ORDER TO EXTEND TIME TO RESPOND
TO COMPLAINT AND TO CONTINUE INITIAL CMC
(SECOND EXTENSION)
- Case No. 4:23-cv-03160 HSG

3

44277\16491174.1

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. Defendant Elsie Green, Inc.'s time to answer or otherwise respond to the Complaint shall be extended to **December 20, 2023**.

2. The initial Case Management Conference shall be continued to **January 9, 2024**, at 2:00 p.m. The dial-in information and instructions remain the same as previously provided in docket no. 8.

Dated: 11/20/2023

_____
The Honorable Judge Haywood S. Gilliam, Jr.
U.S. District Judge

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

STIP AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE INITIAL CMC (SECOND EXTENSION)
- Case No. 4:23-cv-03160 HSG

4

44277\16491174.1